NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LORENZO E. CARDWELL,**

*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2010-7110

---

Appeal from the United States Court of Appeals for Veterans Claims in Case No. 08-2397, Judge Alan G. Lance, Sr.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

MICHAEL P. GOODMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON,

Director, and M<small>ARTIN</small> F. H<small>OCKEY</small>, J<small>R</small>., Assistant Director. Of counsel on the brief were D<small>AVID</small> J. B<small>ARRANS</small>, Deputy Assistant General Counsel, United States Department of Veterans Affairs, of Washington, DC, and Y. K<small>EN</small> L<small>EE</small>, Attorney.

---

T<small>HIS</small> C<small>AUSE</small> having been heard and considered, it is

O<small>RDERED</small> and A<small>DJUDGED</small>:

P<small>ER</small> C<small>URIAM</small> (N<small>EWMAN</small>, L<small>OURIE</small>, and M<small>OORE</small>, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

E<small>NTERED BY</small> O<small>RDER OF THE</small> C<small>OURT</small>

| August 18, 2011 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |